UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ETOSHA HARVIN

V.                                                                  CASE NO. 3:14 CV 192 (MPS)

NAPOLI INDOOR AUTO OUTLET, L.L.C.                                   October 2, 2014

### REPORT OF SETTLEMENT

Pursuant to D. Conn. L. Civ. R. 41(b), plaintiff reports that this case has settled.

Closing documentation will be filed soon.

Please cancel the telephone conference set for 10/7/2014.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

Certificate of Service

I hereby certify that on October 2, 2014, a copy of within was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner__