UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ETOSHA HARVIN

V.                                                          CASE NO. 3:14 CV 192 (MPS)

NAPOLI INDOOR AUTO OUTLET, L.L.C.
SANTANDER CONSUMER USA INC.

STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendant NAPOLI hereby agree and stipulate that the within action may be dismissed, without costs or fees to any party.

THE PLAINTIFF

By_____
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
 (203) 772-0395

THE DEFENDANT,
NAPOLI INDOOR AUTO OUTLET, LLC

By:      /s/ Paul S. Rainville
Paul S. Rainville, Esquire ct561945
prainville@hassettanddonnelly.com
Hassett & Donnelly, P.C.
100 Pearl Street, 11th Floor
Hartford, CT  06103
Tel: (860) 247-0644
Fax: (860) 247-0653